to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. George D. Collins* for the petitioner.

---

No. 500. EUGENE HUGHES ET AL., PETITIONERS, *v.* A. HARRISON, MASTER, ETC. December 14, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit, denied. *Mr. Anthony Higgins* and *Mr. Henry Galbraith Ward* for petitioners. *Mr. John F. Lewis* for respondents.

---

No. 502. AMERICAN BONDING AND TRUST COMPANY, PETITIONER, *v.* BALTIMORE AND OHIO SOUTHWESTERN RAILROAD COMPANY. December 14, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Walter L. Granger* and *Mr. Wm. L. Marbury* for petitioner. *Mr. Judson Harmon* for respondent.

---

No. 477. JACOB E. JACOBSEN ET AL., PETITIONERS, *v.* DALLES, PORTLAND AND ASTORIA NAVIGATION COMPANY. December 21, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. T. J. Geisler* and *Mr. W. W. Cotton* for petitioners. *Mr. Franklin P. Mays* and *Mr. Rufus Mallory* for respondent.

---

No. 494. J. D. NORDLINGER, PETITIONER, *v.* UNITED STATES. December 21, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Wheeler H. Peckham* and *Mr. Albert Comstock* for petitioner. *The Attorney General* and *Mr. Solicitor General Hoyt* for respondent.

---

No. 505. THE CITY OF WOOSTER, PETITIONER, *v.* THE EASTERN TRUST AND BANKING COMPANY. December 21, 1903.